

P.O. Box 3100
Hicksville, NY 11801

Dec. 14th 2017

Attorney Grievance Commission of Maryland
Charles E. Miller IV, Bar Counsel
200 Harry S. Truman Parkway, suite 300
Annapolis, Maryland 21401-7479

Re: Attorney Trust Account # ending in 0471
The Milton Law Group LLC

Mr. Charles E. Miller IV, Bar Counsel

This letter is to confirm that the above-referenced Attorney Escrow Account is in good standing with Capital One Bank. As indicated in prior communications to your office, the Account was put into overdraft status on 7/18/2017. However, please note that the cause of such overdrawn status was due entirely to bank error. A debit from the account was processed incorrectly and has since been corrected.

If you have any questions, please email me at Iolta@Capitalone.com and I will be happy to assist you.

Sincerely,

Jessica Azis
Treasury Services Operations.

CC: The Milton Law Group LLC

| Auto Loans | Banking | Commercial | Credit Cards | Healthcare Finance | Home Loans | Personal Loans | Savings | Small Business |

Ex 1