Jul. 20. 2017 11:13AM    Capital One 301-774-3652          No. 0244   P. 2

**Mote, Jenkins (BANK)**

**From:**
**Sent:**
**To:**
**Subject:**

Carrera, Marilyn
Thursday, July 20, 2017 10:44 AM
Mote, Jenkins (BANK)
Not a Legal Copy



Ex 2