SCANNED



Capital One, N. A.
P. O. Box 85504
Richmond, VA 23285-5504
800-655-2265
capitalonebank.com

07/18/2017

THE MILTON LAW GROUP LLC ATTORNEY TRUST ACCOUNT IOLTA
16700 GEORGE WASHINGTON DR
ROCKVILLE, MD 20853-1215 US United States

## We adjusted a check transaction in your account.

Dear THE MILTON LAW GROUP LLC ATTORNEY TRUST ACCOUNT IOLTA,

Check # 01648 didn't post to your account ending in 0471 on 06/30/2017. To fix this, we debited your account for $1,000.00 on 07/18/2017.

Your Ref # is 20170703000452 and you can see these details in your account history and monthly statement. For any questions, give us a call at 1-800-655-BANK (2265).

Thanks,
Capital One, N.A.



Ex 3

