Jul. 20. 2017 11:12AM   Capital One 301-774-3652                           No. 0244   P. 1

## Capital One Bank

Customer Service Telephone Line: 1-800-655-2265

# FAX COVER SHEET

| Date:* | 7/20/17 |
| --- | --- |
| Time:* | 11:11 AM |

*Required Information

| From (Associate's Name): | JENKINS MOTE |
| --- | --- |
| Branch: | OLNEY |
| Sender's Fax Number: | 301-774-3652 |
| Phone Number: | 301-774-2421 |
| To: | MR. MILTON |
| Recipient's Fax Number: | 1866-593-6276 |
| Number of Pages: | 4 |

Comments:

The information transmitted herewith is confidential information intended only for use to the individual or entity to which it is addressed. If the reader of this message is not the intended recipient, you are hereby notified that any review, retransmission, dissemination, distribution, copying or other use of, or taking of any action in reliance upon, this information is strictly prohibited. If you have received this communication in error, please contact the sender and destroy and discard the material.

Capital One Confidential.

Ex 4

Jul. 20. 2017 11:13AM   Capital One 301-774-3652   No. 0244   P. 3

SCANNED



Capital One, N.A.
P. O. Box 85104
Richmond, VA 23285-5104
800-655-2265
CapitalOnebank.com

07/18/2017

THE MILTON LAW GROUP LLC ATTORNEY TRUST ACCOUNT IOLTA
16700 GEORGE WASHINGTON DR
ROCKVILLE, MD 20853-1215 US United States

We adjusted a check transaction in your account.

Dear THE MILTON LAW GROUP LLC ATTORNEY TRUST ACCOUNT IOLTA,

Check # 01648 didn't post to your account ending in 0471 on 06/30/2017. To fix this, we debited your account for $1,000.00 on 07/18/2017.

Your Ref # is 20170703000452 and you can see these details in your account history and monthly statement. For any questions, give us a call at 1-800-655-BANK (2265).

Thanks,
Capital One, N.A.



Marilyn Carrera
Branch Operations Specialist
BOSD/DOSH
▓▓▓-▓▓▓-▓▓▓▓ ext. ▓▓▓▓▓▓ (office)

2

703-720-1826 (fax)
marilyn.carrera@capitalone.com

**CapitalOne Bank**

3