**Circuit Court For Prince George's County**
**Clerk Of The Circuit Court**
**Courthouse**
**Upper Marlboro, Md. 20772-9987**
**MD Relay Service Voice/ TDD**
**1-800-735-2258**

Writ of Summons                                     Case ID: CAE18-51024

State of Maryland, Prince George's County to wit:

To:  Gregory Milton
     9701 Apollo Drive
     Suite 100
     Largo, MD 20774

You are hereby summoned to file a written response by pleading or motion in this court to the attached complaint filed by:
ATTORNEY GRIEVANCE COMMISSION OF MARYLAND
100 COMMUNITY PLACE SUITE 3301
CROWNSVILLE MD 21032

Within 15 days after service of this summons upon you.

WITNESS: the Honorable Clerk of the Circuit Court for Prince George's County, Maryland.

Date issued: January 8, 2019

_Mahasin El Amin_
Clerk   #691

To the person summoned:
1. Personal attendance in court on the day named is not required.
2. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
3. Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Sheriff's Return

Fee $_____                    Sheriff _____
Note:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126. If this summons is served by private process, the process server shall file a separate affidavit as required by Rule 2-126 (a).
4. Direct your responses and questions to Circuit Court for Prince George's County, Clerk of the Circuit Court, 14735 Main Street, Courthouse D1002, Upper Marlboro, MD 20772-9987. Legal advice cannot be obtained from this office.

Circuit Court For Prince George's County
Clerk Of The Circuit Court
Courthouse
Upper Marlboro, Md. 20772-9987
MD Relay Service Voice/ TDD
1-800-735-2258

Writ of Summons                              Case ID: CAE18-51024

State of Maryland, Prince George's County to wit:

To:  Gregory Milton
     9701 Apollo Drive
     Suite 100
     Largo, MD 20774

You are hereby summoned to file a written response by pleading or motion in this court to the attached complaint filed by:
ATTORNEY GRIEVANCE COMMISSION OF MARYLAND
100 COMMUNITY PLACE SUITE 3301
CROWNSVILLE MD 21032

Within 15 days after service of this summons upon you.

WITNESS: the Honorable Clerk of the Circuit Court for Prince George's County, Maryland

Date issued: January 8, 2019

_____
Clerk

To the person summoned:
1. Personal attendance in court on the day named is not required.
2. Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
3. Proper Courtroom attire is expected. Anything that you would wear to an office that presents a professional appearance is appropriate. Please no shorts, cut-off jeans, halter, tank or tube tops or other attire that reveals the abdomen or lower back, spandex or mesh garments.

Sheriff's Return

Fee $_____                          Sheriff _____
Note:
1. This summons is effective for service only if served within 60 days after the date it is issued.
2. Proof of service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Rule 2-126. If this summons is served by private process, the process server shall file a separate affidavit as required by Rule 2-126 (a).
4. Direct your responses and questions to Circuit Court for Prince George's County, Clerk of the Circuit Court, 14735 Main Street, Courthouse D1002, Upper Marlboro, MD 20772-9987. Legal advice cannot be obtained from this office.